| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>James J. Fitzpatrick, Esq./Esq./NF6129<br>Fitzgerald & Associates, Attorneys At Law<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>(201) 533-1100<br>nickfitz.law@gmail.com<br><br>In Re:<br>Robert L. Doughty Jr. | Case No.:<br>Chapter:<br>Adv. No.:<br>Hearing Date:<br>Judge: | 21-13986<br>13<br><br><br>PAPALIA |

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __James J. Fitzpatrick, Esq.__, who represents __Robert L. Doughty Jr.__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __August 3, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Modified Chapter 13 Plan - - Before Confirmation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __August 3, 2021__

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert L. Doughty, Jr.<br>9 Albert Place<br>Jersey City, NJ 07305 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# Creditors

**Amex Dsnb**
Po Box 8218
Mason, OH 45040

**Barclays Bank Delaware**
Po Box 8803
Wilmington, DE 19899

**Discover Bank**
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

**Discover Fin Svcs Llc**
Po Box 15316
Wilmington, DE 19850

**Fed Loan Serv**
Po Box 60610
Harrisburg, PA 17106

**Ford Motor Credit**
PO Box 650574
Dallas, TX 75265

**Hyundai Capital Americ**
4000 Macarthur Blvd Ste
Newport Beach, CA 92660

**Hyundai Capital America**
4000 McArthur Blvd
Newport Beach, CA 92660

**Hyundai Lease Titling Trust**
PO Box 20809
Fountain Valley, CA 92728

**Midland Credit Management**
320 Big Beaver Road
Troy, MI 48083

**Midland Credit Management**
320 E Big Beaver Rd Ste
Troy, MI 48083

**Midland Credit Management, Inc.**
PO BOX 2037
Warren MI 48090

**Portfolio Recovery Associates, LLC**
c/o Barclays Bank Delaware
POB 41067
Norfolk VA 23541

**Portfolio Recovery Associates, LLC**
c/o Wyndham
POB 41067
Norfolk VA 23541

**Portfolio Recovery/Barclays**
120 Corporate Blvd, Ste 1
Norfolk, VA 23502

**Quicken Loans**
1050 Woodward Ave
Detroit, MI 48226

**Quicken Loans, LLC**
635 Woodward Avenue
Detroit, MI 48226

**Synchrony Bank**
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**Synchrony Bank**
PO Box 965039
Orlando, FL 32896

**U.S. Department of Education**
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

**Wyndham Vacation Resorts**
6277 Sea Harbor Drive
Orlando, FL 32821