Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−13986−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert L. Doughty Jr.
   9 Albert Place
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−8945

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 05/13/2021 and a confirmation hearing on such Plan has been scheduled for 07/01/2021.

The debtor filed a Modified Plan on 08/03/2021 and a confirmation hearing on the Modified Plan is scheduled for 9/2/2021 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 3, 2021
JAN: sjp

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-13986-VFP
Robert L. Doughty, Jr.     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Aug 03, 2021     Form ID: 186     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert L. Doughty, Jr., 9 Albert Place, Jersey City, NJ 07305-3915 |
| 519210466 | + | Amex Dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 519210467 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519210469 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 519210470 | + | Ford Motor Credit, PO Box 650574, Dallas, TX 75265-0574 |
| 519210471 | + | Hyundai Capital Americ, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2558 |
| 519210472 | + | Hyundai Capital America, 4000 McArthur Blvd, Newport Beach, CA 92660-2558 |
| 519232446 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519254178 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 03 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 03 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 20:24:58 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519216609 | | Email/Text: mrdiscen@discover.com | Aug 03 2021 20:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519210468 | + | Email/Text: mrdiscen@discover.com | Aug 03 2021 20:23:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 519232550 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 03 2021 20:24:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 519210474 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 20:24:00 | Midland Credit Management, 320 Big Beaver Road, Troy, MI 48083-1238 |
| 519210473 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 20:24:00 | Midland Credit Management, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 519237771 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 20:24:00 | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 519251780 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 20:25:14 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519253047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 20:25:08 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |
| 519210475 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 20:25:14 | Portfolio Recovery/Barclays, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502-4952 |
| 519210476 | + | Email/Text: bankruptcyteam@quickenloans.com | | |

|  |  |  | Aug 03 2021 20:24:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| --- | --- | --- | --- | --- |
| 519210477 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 20:24:58 | Synchrony Bank, PO Box 965039, Orlando, FL 32896-5039 |
| 519212124 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 20:25:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519210478 | + | Email/Text: bankruptcydept@wyn.com | Aug 03 2021 20:24:00 | Wyndham Vacation Resorts, 6277 Sea Harbor Drive, Orlando, FL 32821-8027 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 05, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Fitzpatrick | on behalf of Debtor Robert L. Doughty Jr. nickfitz.law@gmail.com, nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Robert L. Doughty Jr. fitz2law@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5