Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  21−13986−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert L. Doughty Jr.
   9 Albert Place
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−8945

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 7, 2021.

Dated: September 7, 2021
JAN: mcp

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-13986-VFP |
| Robert L. Doughty, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 07, 2021 | Form ID: plncf13 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert L. Doughty, Jr., 9 Albert Place, Jersey City, NJ 07305-3915 |
| 519210466 | + | Amex Dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 519210467 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519210469 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 519210470 | + | Ford Motor Credit, PO Box 650574, Dallas, TX 75265-0574 |
| 519210471 | + | Hyundai Capital Americ, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2558 |
| 519210472 | + | Hyundai Capital America, 4000 McArthur Blvd, Newport Beach, CA 92660-2558 |
| 519232446 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519254178 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 07 2021 21:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 07 2021 21:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:48 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519216609 | | Email/Text: mrdiscen@discover.com | Sep 07 2021 21:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519210468 | + | Email/Text: mrdiscen@discover.com | Sep 07 2021 21:47:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 519232550 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 07 2021 21:48:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 519210474 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 07 2021 21:47:00 | Midland Credit Management, 320 Big Beaver Road, Troy, MI 48083-1238 |
| 519210473 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 07 2021 21:47:00 | Midland Credit Management, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 519237771 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 07 2021 21:47:00 | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 519251780 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2021 21:57:43 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519253047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2021 21:57:38 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |
| 519210475 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2021 21:57:44 | Portfolio Recovery/Barclays, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502-4952 |
| 519210476 | + | Email/Text: bankruptcyteam@quickenloans.com | | |

|  |  |  | Sep 07 2021 21:47:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| --- | --- | --- | --- | --- |
| 519210477 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:42 | Synchrony Bank, PO Box 965039, Orlando, FL 32896-5039 |
| 519212124 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519210478 | + | Email/Text: bankruptcydept@wyn.com | Sep 07 2021 21:47:00 | Wyndham Vacation Resorts, 6277 Sea Harbor Drive, Orlando, FL 32821-8027 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Fitzpatrick | on behalf of Debtor Robert L. Doughty Jr. nickfitz.law@gmail.com, nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Robert L. Doughty Jr. fitz2law@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5