FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:  ROBERT L. DOUGHTY, JR.  
9 ALBERT PLACE  
JERSEY CITY,  NJ  07305

Atty:  FITZGERALD & ASSOCIATES PC  
649 NEWARK AVE  
JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
### Chapter 13 Case # 21-13986

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $17,482.00**

## RECEIPTS AS OF 01/14/2022  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/08/2021 | $445.00 |  | 07/09/2021 | $445.00 |  |
| 08/09/2021 | $445.00 |  | 09/09/2021 | $445.00 |  |
| 10/08/2021 | $445.00 |  | 11/08/2021 | $445.00 |  |
| 12/08/2021 | $445.00 |  | 01/10/2022 | $445.00 |  |

**Total Receipts: $3,560.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,560.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022  (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 195.80 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,550.00 | 100.00% | 2,941.45 | 1,608.55 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMEX DSNB | UNSECURED | 0.00 | * | 0.00 |  |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,504.99 | * | 0.00 |  |
| 0003 | DISCOVER BANK | UNSECURED | 2,567.18 | * | 0.00 |  |
| 0004 | US DEPARTMENT OF EDUCATION | UNSECURED | 7,081.65 | * | 0.00 |  |
| 0005 | FORD MOTOR CREDIT | UNSECURED | 0.00 | * | 0.00 |  |
| 0007 | HYUNDAI CAPITAL AMERICA | UNSECURED | 0.00 | * | 0.00 |  |
| 0008 | MIDLAND CREDIT MANAGEMENT | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 |  |
| 0009 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 0.00 | * | 0.00 |  |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 16,239.74 | * | 0.00 |  |
| 0011 | QUICKEN LOANS LLC | MORTGAGE ARRE | 1,163.25 | 100.00% | 0.00 |  |
| 0017 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 |  |
| 0018 | HYUNDAI LEASE TITLING TRUST | UNSECURED | 6,290.75 | * | 0.00 |  |
| 0019 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 18,434.52 | * | 0.00 |  |
| 0020 | WYNDHAM VACATION RESORTS | UNSECURED | 0.00 | * | 0.00 |  |

**Chapter 13 Case # 21-13986**

**Total Paid: $3,137.25**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $3,560.00      -    Paid to Claims: $0.00      -    Admin Costs Paid: $3,137.25    =    Funds on Hand: $422.75

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.