Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

ROBERT L. DOUGHTY, JR.,

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  21-13986 VFP

## NOTICE OF RESERVE ON CLAIM

Creditor: US DEPARTMENT OF EDUCATION
Trustee Claim #: 4
Court Claim #: 7
Claimed Amount: $7,081.65
Date Claim Filed: 10/17/2023

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court.  A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  December 01, 2023

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

ROBERT L. DOUGHTY, JR.
9 ALBERT PLACE
JERSEY CITY, NJ    07305

FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ    07306

EDFINANCIAL SERVICES
120 N SEVEN OAKS DR
KNOXVILLE, TN    37922

US DEPARTMENT OF EDUCATION
PO BOX 790322
ST LOUIS, MO    63179-0322