FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

| Re: | ROBERT L. DOUGHTY, JR.<br>9 ALBERT PLACE<br>JERSEY CITY,  NJ  07305 | Atty: | FITZGERALD & ASSOCIATES PC<br>649 NEWARK AVE<br>JERSEY CITY, NJ  07306 |
|---|---|---|---|

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 21-13986

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $17,482.00**

## RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/08/2021 | $445.00 | | 07/09/2021 | $445.00 | |
| 08/09/2021 | $445.00 | | 09/09/2021 | $445.00 | |
| 10/08/2021 | $445.00 | | 11/08/2021 | $445.00 | |
| 12/08/2021 | $445.00 | | 01/10/2022 | $445.00 | |
| 02/08/2022 | $445.00 | | 03/08/2022 | $445.00 | |
| 04/08/2022 | $445.00 | | 05/09/2022 | $445.00 | |
| 06/08/2022 | $445.00 | | 07/11/2022 | $445.00 | |
| 08/08/2022 | $445.00 | | 09/09/2022 | $445.00 | |
| 10/11/2022 | $445.00 | | 11/08/2022 | $445.00 | |
| 12/08/2022 | $445.00 | | 01/10/2023 | $445.00 | |
| 02/08/2023 | $445.00 | | 03/08/2023 | $445.00 | |
| 04/10/2023 | $445.00 | | 05/08/2023 | $445.00 | |
| 05/24/2023 | $946.00 | 28785045510 | 06/08/2023 | $490.00 | |
| 07/11/2023 | $490.00 | | 08/08/2023 | $490.00 | |
| 09/11/2023 | $490.00 | | 10/10/2023 | $490.00 | |
| 11/29/2023 | $140.00 | | 11/29/2023 | $350.00 | |
| 12/08/2023 | $490.00 | | | | |

**Total Receipts: $15,056.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $15,056.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 07/18/2022 | $10.67 | 894,488 | | 08/15/2022 | $20.75 | 896,063 |
| | 09/19/2022 | $20.75 | 897,671 | | 10/17/2022 | $20.34 | 899,328 |
| | 11/14/2022 | $20.30 | 900,908 | | 12/12/2022 | $20.34 | 902,452 |
| | 02/13/2023 | $40.63 | 905,478 | | 03/13/2023 | $20.34 | 907,089 |
| | 04/17/2023 | $20.31 | 908,694 | | 05/15/2023 | $20.11 | 910,294 |
| | 06/12/2023 | $64.90 | 911,767 | | 07/17/2023 | $22.14 | 913,287 |

**Chapter 13 Case # 21-13986**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 08/14/2023 | $22.14 | 914,805 | | 09/18/2023 | $22.14 | 916,300 |
| | 10/16/2023 | $21.81 | 917,777 | | 12/11/2023 | $43.56 | 920,639 |
| HYUNDAI LEASE TITLING TRUST | | | | | | | |
| | 07/18/2022 | $26.15 | 894,601 | | 08/15/2022 | $50.86 | 896,190 |
| | 09/19/2022 | $50.86 | 897,796 | | 10/17/2022 | $49.79 | 899,446 |
| | 11/14/2022 | $49.80 | 901,023 | | 12/12/2022 | $49.80 | 902,568 |
| | 02/13/2023 | $99.61 | 905,608 | | 03/13/2023 | $49.80 | 907,218 |
| | 04/17/2023 | $49.80 | 908,822 | | 05/15/2023 | $49.28 | 910,414 |
| | 06/12/2023 | $158.98 | 911,891 | | 07/17/2023 | $54.26 | 913,411 |
| | 08/14/2023 | $54.30 | 914,931 | | 09/18/2023 | $54.26 | 916,426 |
| | 10/16/2023 | $53.38 | 917,898 | | 12/11/2023 | $106.74 | 920,744 |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | | |
| | 07/18/2022 | $76.63 | 894,119 | | 08/15/2022 | $149.03 | 895,685 |
| | 09/19/2022 | $149.03 | 897,269 | | 10/17/2022 | $145.89 | 898,944 |
| | 11/14/2022 | $145.99 | 900,509 | | 12/12/2022 | $145.93 | 902,083 |
| | 02/13/2023 | $291.88 | 905,079 | | 03/13/2023 | $145.93 | 906,694 |
| | 04/17/2023 | $145.94 | 908,260 | | 05/15/2023 | $144.40 | 909,900 |
| | 06/12/2023 | $465.99 | 911,355 | | 07/17/2023 | $159.00 | 912,872 |
| | 08/14/2023 | $158.96 | 914,392 | | 09/18/2023 | $159.00 | 915,886 |
| | 10/16/2023 | $156.44 | 917,387 | | 12/11/2023 | $312.93 | 920,236 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 07/18/2022 | $10.41 | 8,002,950 | | 07/18/2022 | $67.50 | 8,002,950 |
| | 08/15/2022 | $20.25 | 8,002,997 | | 08/15/2022 | $131.28 | 8,002,997 |
| | 09/19/2022 | $20.25 | 8,003,048 | | 09/19/2022 | $131.28 | 8,003,048 |
| | 10/17/2022 | $128.61 | 8,003,103 | | 10/17/2022 | $19.84 | 8,003,103 |
| | 11/14/2022 | $19.83 | 8,003,148 | | 11/14/2022 | $128.53 | 8,003,148 |
| | 12/12/2022 | $128.56 | 8,003,201 | | 12/12/2022 | $19.83 | 8,003,201 |
| | 02/13/2023 | $257.14 | 8,003,309 | | 02/13/2023 | $39.65 | 8,003,309 |
| | 03/13/2023 | $19.84 | 8,003,367 | | 03/13/2023 | $128.55 | 8,003,367 |
| | 04/17/2023 | $19.83 | 8,003,414 | | 04/17/2023 | $128.57 | 8,003,414 |
| | 05/15/2023 | $127.21 | 8,003,472 | | 05/15/2023 | $19.62 | 8,003,472 |
| | 06/12/2023 | $63.33 | 8,003,529 | | 06/12/2023 | $410.50 | 8,003,529 |
| | 07/17/2023 | $140.07 | 8,003,582 | | 07/17/2023 | $21.61 | 8,003,582 |
| | 08/14/2023 | $21.60 | 8,003,637 | | 08/14/2023 | $140.04 | 8,003,637 |
| | 09/18/2023 | $140.07 | 8,003,690 | | 09/18/2023 | $21.61 | 8,003,690 |
| | 10/16/2023 | $137.81 | 8,003,749 | | 10/16/2023 | $21.26 | 8,003,749 |
| | 12/11/2023 | $42.50 | 8,003,859 | | 12/11/2023 | $275.68 | 8,003,859 |
| QUICKEN LOANS LLC | | | | | | | |
| | 04/18/2022 | $95.79 | 889,105 | | 05/16/2022 | $429.42 | 890,826 |
| | 06/20/2022 | $429.42 | 892,495 | | 07/18/2022 | $208.62 | 894,233 |
| US DEPARTMENT OF EDUCATION | | | | | | | |
| | 07/18/2022 | $29.44 | 895,273 | | 08/15/2022 | $57.25 | 896,817 |
| | 09/19/2022 | $57.25 | 898,504 | | 10/17/2022 | $56.05 | 900,104 |
| | 11/14/2022 | $56.07 | 901,678 | | 12/12/2022 | $56.06 | 903,202 |
| | 02/13/2023 | $112.13 | 905,232 | | 03/13/2023 | $56.06 | 906,847 |
| | 04/17/2023 | $56.07 | 908,422 | | 05/15/2023 | $55.47 | 910,045 |
| | 06/12/2023 | $178.97 | 911,500 | | 07/17/2023 | $61.08 | 913,013 |
| | 08/14/2023 | $61.12 | 914,530 | | 09/18/2023 | $61.08 | 916,015 |
| | 10/16/2023 | $60.10 | 917,517 | | 11/22/2023 | ($60.10) | 917,517 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 873.03 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,550.00 | 100.00% | 4,550.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMEX DSNB | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,504.99 | * | 401.26 | |

Chapter 13 Case # 21-13986

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0003 | DISCOVER BANK | UNSECURED | 2,567.18 | * | 411.23 | |
| 0004 | US DEPARTMENT OF EDUCATION | UNSECURED | 7,081.65 | * | 954.10 | |
| 0005 | FORD MOTOR CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | HYUNDAI CAPITAL AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | MIDLAND CREDIT MANAGEMENT | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0009 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 16,239.74 | * | 2,601.40 | |
| 0011 | QUICKEN LOANS LLC | MORTGAGE ARRE | 1,163.25 | 100.00% | 1,163.25 | |
| 0017 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | HYUNDAI LEASE TITLING TRUST | UNSECURED | 6,290.75 | * | 1,007.67 | |
| 0019 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 18,434.52 | * | 2,952.97 | |
| 0020 | WYNDHAM VACATION RESORTS | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $14,914.91**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $15,056.00    -    Paid to Claims: $9,491.88    -    Admin Costs Paid: $5,423.03    =    Funds on Hand: $631.09

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.