Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JULY 10, 2024

**Chapter 13 Case # 21-13986**

Re:  ROBERT L. DOUGHTY, JR.  
9 ALBERT PLACE  
JERSEY CITY, NJ  07305

Atty:  FITZGERALD & ASSOCIATES PC  
649 NEWARK AVE  
JERSEY CITY, NJ  07306

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $17,482.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/08/2021 | $445.00 | | 07/09/2021 | $445.00 | |
| 08/09/2021 | $445.00 | | 09/09/2021 | $445.00 | |
| 10/08/2021 | $445.00 | | 11/08/2021 | $445.00 | |
| 12/08/2021 | $445.00 | | 01/10/2022 | $445.00 | |
| 02/08/2022 | $445.00 | | 03/08/2022 | $445.00 | |
| 04/08/2022 | $445.00 | | 05/09/2022 | $445.00 | |
| 06/08/2022 | $445.00 | | 07/11/2022 | $445.00 | |
| 08/08/2022 | $445.00 | | 09/09/2022 | $445.00 | |
| 10/11/2022 | $445.00 | | 11/08/2022 | $445.00 | |
| 12/08/2022 | $445.00 | | 01/10/2023 | $445.00 | |
| 02/08/2023 | $445.00 | | 03/08/2023 | $445.00 | |
| 04/10/2023 | $445.00 | | 05/08/2023 | $445.00 | |
| 05/24/2023 | $946.00 | 28785045510 | 06/08/2023 | $490.00 | |
| 07/11/2023 | $490.00 | | 08/08/2023 | $490.00 | |
| 09/11/2023 | $490.00 | | 10/10/2023 | $490.00 | |
| 11/29/2023 | $140.00 | | 11/29/2023 | $350.00 | |
| 12/08/2023 | $490.00 | | 01/09/2024 | $490.00 | |
| 02/08/2024 | $490.00 | | 03/08/2024 | $490.00 | |
| 04/08/2024 | $490.00 | | 05/08/2024 | $490.00 | |
| 06/10/2024 | $490.00 | | 07/09/2024 | $490.00 | |

**Total Receipts: $18,486.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $18,486.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,093.53 | |
| ATTY | ATTORNEY | ADMIN | 4,550.00 | 100.00% | 4,550.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 21-13986**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0001 | AMEX DSNB | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,504.99 | * | 506.43 | |
| 0003 | DISCOVER BANK | UNSECURED | 2,567.18 | * | 518.99 | |
| 0004 | US DEPARTMENT OF EDUCATION | UNSECURED | 7,081.65 | * | 954.10 | |
| 0005 | FORD MOTOR CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | HYUNDAI CAPITAL AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | MIDLAND CREDIT MANAGEMENT | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0009 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 16,239.74 | * | 3,283.15 | |
| 0011 | QUICKEN LOANS LLC | MORTGAGE ARRE | 1,163.25 | 100.00% | 1,163.25 | |
| 0017 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | HYUNDAI LEASE TITLING TRUST | UNSECURED | 6,290.75 | * | 1,271.79 | |
| 0019 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 18,434.52 | * | 3,726.87 | |
| 0020 | WYNDHAM VACATION RESORTS | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $17,068.11**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | |
| | 07/18/2022 | $10.67 | 894488 | 08/15/2022 | $20.75 | 896063 |
| | 09/19/2022 | $20.75 | 897671 | 10/17/2022 | $20.34 | 899328 |
| | 11/14/2022 | $20.30 | 900908 | 12/12/2022 | $20.34 | 902452 |
| | 02/13/2023 | $40.63 | 905478 | 03/13/2023 | $20.34 | 907089 |
| | 04/17/2023 | $20.31 | 908694 | 05/15/2023 | $20.11 | 910294 |
| | 06/12/2023 | $64.90 | 911767 | 07/17/2023 | $22.14 | 913287 |
| | 08/14/2023 | $22.14 | 914805 | 09/18/2023 | $22.14 | 916300 |
| | 10/16/2023 | $21.81 | 917777 | 12/11/2023 | $43.56 | 920639 |
| | 02/12/2024 | $43.57 | 923374 | 03/11/2024 | $21.79 | 924828 |
| | 04/15/2024 | $21.79 | 926266 | 05/10/2024 | $20.61 | 927737 |
| HYUNDAI LEASE TITLING TRUST | | | | | | |
| | 07/18/2022 | $26.15 | 894601 | 08/15/2022 | $50.86 | 896190 |
| | 09/19/2022 | $50.86 | 897796 | 10/17/2022 | $49.79 | 899446 |
| | 11/14/2022 | $49.80 | 901023 | 12/12/2022 | $49.80 | 902568 |
| | 02/13/2023 | $99.61 | 905608 | 03/13/2023 | $49.80 | 907218 |
| | 04/17/2023 | $49.80 | 908822 | 05/15/2023 | $49.28 | 910414 |
| | 06/12/2023 | $158.98 | 911891 | 07/17/2023 | $54.26 | 913411 |
| | 08/14/2023 | $54.30 | 914931 | 09/18/2023 | $54.26 | 916426 |
| | 10/16/2023 | $53.38 | 917898 | 12/11/2023 | $106.74 | 920744 |
| | 02/12/2024 | $106.81 | 923499 | 03/11/2024 | $53.39 | 924944 |
| | 04/15/2024 | $53.38 | 926394 | 05/10/2024 | $50.54 | 927840 |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | |
| | 07/18/2022 | $76.63 | 894119 | 08/15/2022 | $149.03 | 895685 |
| | 09/19/2022 | $149.03 | 897269 | 10/17/2022 | $145.89 | 898944 |
| | 11/14/2022 | $145.99 | 900509 | 12/12/2022 | $145.93 | 902083 |
| | 02/13/2023 | $291.88 | 905079 | 03/13/2023 | $145.93 | 906694 |
| | 04/17/2023 | $145.94 | 908260 | 05/15/2023 | $144.40 | 909900 |
| | 06/12/2023 | $465.99 | 911355 | 07/17/2023 | $159.00 | 912872 |
| | 08/14/2023 | $158.96 | 914392 | 09/18/2023 | $159.00 | 915886 |
| | 10/16/2023 | $156.44 | 917387 | 12/11/2023 | $312.93 | 920236 |
| | 02/12/2024 | $312.87 | 922963 | 03/11/2024 | $156.45 | 924426 |
| | 04/15/2024 | $156.44 | 925842 | 05/10/2024 | $148.14 | 927335 |

**Chapter 13 Case # 21-13986**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 07/18/2022 | $67.50 | 8002950 | 07/18/2022 | $10.41 | 8002950 |
| | 08/15/2022 | $131.28 | 8002997 | 08/15/2022 | $20.25 | 8002997 |
| | 09/19/2022 | $131.28 | 8003048 | 09/19/2022 | $20.25 | 8003048 |
| | 10/17/2022 | $19.84 | 8003103 | 10/17/2022 | $128.61 | 8003103 |
| | 11/14/2022 | $128.53 | 8003148 | 11/14/2022 | $19.83 | 8003148 |
| | 12/12/2022 | $19.83 | 8003201 | 12/12/2022 | $128.56 | 8003201 |
| | 02/13/2023 | $257.14 | 8003309 | 02/13/2023 | $39.65 | 8003309 |
| | 03/13/2023 | $19.84 | 8003367 | 03/13/2023 | $128.55 | 8003367 |
| | 04/17/2023 | $128.57 | 8003414 | 04/17/2023 | $19.83 | 8003414 |
| | 05/15/2023 | $19.62 | 8003472 | 05/15/2023 | $127.21 | 8003472 |
| | 06/12/2023 | $410.50 | 8003529 | 06/12/2023 | $63.33 | 8003529 |
| | 07/17/2023 | $21.61 | 8003582 | 07/17/2023 | $140.07 | 8003582 |
| | 08/14/2023 | $140.04 | 8003637 | 08/14/2023 | $21.60 | 8003637 |
| | 09/18/2023 | $21.61 | 8003690 | 09/18/2023 | $140.07 | 8003690 |
| | 10/16/2023 | $137.81 | 8003749 | 10/16/2023 | $21.26 | 8003749 |
| | 12/11/2023 | $42.50 | 8003859 | 12/11/2023 | $275.68 | 8003859 |
| | 02/12/2024 | $275.62 | 8003947 | 02/12/2024 | $42.52 | 8003947 |
| | 03/11/2024 | $21.26 | 8003991 | 03/11/2024 | $137.82 | 8003991 |
| | 04/15/2024 | $137.81 | 8004035 | 04/15/2024 | $21.26 | 8004035 |
| | 05/10/2024 | $20.13 | 8004082 | 05/10/2024 | $130.50 | 8004082 |
| QUICKEN LOANS LLC | | | | | | |
| | 04/18/2022 | $95.79 | 889105 | 05/16/2022 | $429.42 | 890826 |
| | 06/20/2022 | $429.42 | 892495 | 07/18/2022 | $208.62 | 894233 |
| US DEPARTMENT OF EDUCATION | | | | | | |
| | 07/18/2022 | $29.44 | 895273 | 08/15/2022 | $57.25 | 896817 |
| | 09/19/2022 | $57.25 | 898504 | 10/17/2022 | $56.05 | 900104 |
| | 11/14/2022 | $56.07 | 901678 | 12/12/2022 | $56.06 | 903202 |
| | 02/13/2023 | $112.13 | 905232 | 03/13/2023 | $56.06 | 906847 |
| | 04/17/2023 | $56.07 | 908422 | 05/15/2023 | $55.47 | 910045 |
| | 06/12/2023 | $178.97 | 911500 | 07/17/2023 | $61.08 | 913013 |
| | 08/14/2023 | $61.12 | 914530 | 09/18/2023 | $61.08 | 916015 |
| | 10/16/2023 | $60.10 | 917517 | 11/22/2023 | ($60.10) | 917517 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: July 10, 2024.

Receipts: $18,486.00    -    Paid to Claims: $11,424.58    -    Admin Costs Paid: $5,643.53    =    Funds on Hand: $1,417.89

Base Plan Amount: $17,482.00    -    Receipts: $18,486.00    =    Total Unpaid Balance: **($1,004.00)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.