| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Robert L. Doughty Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8945<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   21–13986–VFP | | |

# Order of Discharge                                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Robert L. Doughty Jr.

<u>7/8/24</u>                                                                           **By the court:** <u>Vincent F. Papalia</u>
                                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 21-13986-VFP
Robert L. Doughty, Jr.                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 08, 2024 | Form ID: 3180W | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert L. Doughty, Jr., 9 Albert Place, Jersey City, NJ 07305-3915 |
| 519210469 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 519254178 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 08 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 08 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Jul 09 2024 00:34:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519210466 | + | EDI: CITICORP | Jul 09 2024 00:34:00 | Amex Dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 519210467 | + | EDI: TSYS2 | Jul 09 2024 00:34:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519216609 | | EDI: DISCOVER | Jul 09 2024 00:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519210468 | + | EDI: DISCOVER | Jul 09 2024 00:34:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 519210470 | ^ | MEBN | Jul 08 2024 20:43:47 | Ford Motor Credit, PO Box 650574, Dallas, TX 75265-0574 |
| 519210471 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 08 2024 20:45:00 | Hyundai Capital Americ, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2516 |
| 519210472 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 08 2024 20:45:00 | Hyundai Capital America, 4000 McArthur Blvd, Newport Beach, CA 92660-2516 |
| 519232550 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 08 2024 20:45:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 519210474 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2024 20:45:00 | Midland Credit Management, 320 Big Beaver Road, Troy, MI 48083-1271 |
| 519210473 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2024 20:45:00 | Midland Credit Management, 320 E Big Beaver Rd Ste, Troy, MI 48083-1271 |
| 519237771 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2024 20:45:00 | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 519251780 | | EDI: PRA.COM | | |

Case 21-13986-VFP    Doc 36    Filed 07/10/24    Entered 07/11/24 00:17:36    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 08, 2024 | Form ID: 3180W | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 519253047 | | EDI: PRA.COM | Jul 09 2024 00:34:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519210475 | + | EDI: PRA.COM | Jul 09 2024 00:34:00 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |
| 519210476 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 09 2024 00:34:00 | Portfolio Recovery/Barclays, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502-4952 |
| 519232446 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 08 2024 20:45:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519210477 | + | EDI: SYNC | Jul 08 2024 20:45:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519212124 | ^ | MEBN | Jul 09 2024 00:34:00 | Synchrony Bank, PO Box 965039, Orlando, FL 32896-5039 |
| 519825860 | + | Email/Text: EBN@edfinancial.com | Jul 08 2024 20:45:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519210478 | + | Email/Text: bankruptcydept@wyn.com | Jul 08 2024 20:44:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| | | | Jul 08 2024 20:45:00 | Wyndham Vacation Resorts, 6277 Sea Harbor Drive, Orlando, FL 32821-8043 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:**

**Name** — **Email Address**

Denise E. Carlon
  on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
  on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

James J. Fitzpatrick
  on behalf of Debtor Robert L. Doughty  Jr. jfitzpatrick@lsnj.org, nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com

Marie-Ann Greenberg
  magecf@magtrustee.com

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 08, 2024 | Form ID: 3180W | Total Noticed: 26

Michael Patrick Farrington
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. tue67813@temple.edu

Nicholas Fitzgerald
    on behalf of Debtor Robert L. Doughty  Jr. fitz2law@gmail.com, nadiafinancial@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7